JAMES A. BUSTAMANTE, SBN 133675
809 Montgomery, 2nd Floor
San Francisco CA 94133
Telephone: 415/394-3800
Facsimile: 415/394-3806

Attorney for Defendant
MARVIN LARGO TAMONTE

UNITED STATES DISTRICT COURT
DISTRICT OF NORTHERN CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>MARVIN LARGO TAMONTE,<br><br>       Defendant.<br>_____/ | CR 03-40200 SBA<br><br>STIPULATION AND ORDER MODIFYING CONDITIONS <u>OF PRETRIAL RELEASE</u> |

THE UNDERSIGNED PARTIES HEREBY STIPULATE AND AGREE that conditions of pretrial release for defendant Marvin Largo Tamonte be modified so as to eliminate the 24 hour curfew, and instead allow him to leave his residence with advance approval of Pretrial Services. All other conditions previously imposed shall remain the same.

Pretrial Services Officer Anthony Granados advised that he has no objection this request.

/S/JAMES BUSTAMANTE          /S/VINEET GAURI
JAMES BUSTAMANTE             VINEET GAURI
Attorney for TAMONTE         Assistant U.S. Attorney
Dated: October 26, 2006      Dated: October 26, 2006

**IT IS SO ORDERED.**

Dated: Oct. 30, 2006

_____
WAYNE D. BRAZIL, Magistrate
U.S. Magistrate Judge