**FILED**

NOV 17 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>MARVIN LARGO TAMONTE,<br><br>        Defendant._____/ | CR 03-40200 SBA <br><br>STIPULATION AND [~~PROPOSED~~]<br>TRAVEL ORDER |

THE UNDERSIGNED PARTIES HEREBY STIPULATE and agree that defendant Marvin Largo Tamonte may travel outside the Northern District of California, from November 22, 2006 through November 29, 2006, to Aliso Viejo, California, which is located in the Central District of California, for the purpose of spending the Thanksgiving holiday with his family. Marvin Tamonte will be traveling by car and while in Aliso Viejo will be staying at his sister's residence.

Marvin Tamonte agrees that prior to travel he must provide Pretrial Services with address of his sister's home at which he will be staying and telephone contact information. Marvin Tamonte also agrees that he will abide by any additional conditions required by his supervising Pretrial Services Officer Anthony Granados while in Orange County, including, for example, reporting requirements.

|   |   |
|---|---|
| 1 | Pretrial Services Officer Anthony Granados advised that Marvin Tamonte is in full compliance with his conditions of release and he has no objection to the requested travel plans, under the conditions proposed herein. |

/S/JAMES BUSTAMANTE
JAMES BUSTAMANTE
Attorney for Defendant TAMONTE
Dated: November 16, 2006

/S/ALICIA FENRICK
ALICIA FENRICK
Assistant U.S. Attorney
Dated: November 16, 2006

**IT IS SO ORDERED.**

Dated: 11-17-06

WAYNE D. BRAZIL
U.S. Magistrate Judge