1 KEVIN V. RYAN (CSBN 118321)
United States Attorney

2

3 MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

4 ALICIA W. FENRICK (CSBN 193860)
Assistant United States Attorney

5

6    1301 Clay Street, Suite 340S
   Oakland, California 94618
   Telephone: (510) 637-3680

7    FAX: (510) 637-3724

8 Attorneys for Plaintiff

9

UNITED STATES DISTRICT COURT

10

NORTHERN DISTRICT OF CALIFORNIA

11

OAKLAND DIVISION

12

13

14 UNITED STATES OF AMERICA,           )   No. 03-40200 SBA
                                      )
15      Plaintiff,                      )   STIPULATION AND ORDER TO
                                      )   CONTINUING STATUS CONFERENCE
16   v.                                  )
                                      )
17 MARVIN TAMONTE                      )
                                      )
18      Defendant.                      )
   _____)
19                                        )

20    It is hereby stipulated by and between the parties that the status conference date currently set

21 for February 13, 2007 at 9:00 a.m. be reset for February 27, 2007 at 9:00 a.m.  The reason for the

22 requested continuance is that counsel for the government will be out of town and not returning to

23 the office until February 20, 2007.  The parties need to meet and confer regarding outstanding

24 discovery requests prior to the status conference in order to appropriately advise the court as to

25 the next dates that will need to be set.   The parties further request that time be excluded under

26 the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv) from the date of this Order to

27 February 27, 2007 to allow for continuity and effective preparation of government counsel.

28

STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE

DATED: February 9, 2007                  /S/
                                  ALICIA W. FENRICK
                                  Assistant United States Attorney

DATED: February 9, 2007                  /S/
                                  JAMES BUSTAMONTE
                                  Counsel for Defendant

### ORDER

GOOD CAUSE APPEARING, IT IS ORDERED that the status conference date be continued to February 27, 2007 at 9:00 a.m.. IT IS FURTHER ORDERED that the time be excluded under the provisions of the Speedy Trial Act to February 27, 2007 because the ends of justice served outweigh the best interest of the public and the defendant in a speedy trial in order to allow for continuity and effective preparation of government counsel under 18 U.S.C. §3161(h)(8)(A) and (B)(iv).

DATED: February 12, 2007          *Saundra B Armstrong*
                                  SAUNDRA BROWN ARMSTRONG
                                  United States District Judge

STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE