UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | CR 03-40200 SBA |
| v. | STIPULATION AND TRAVEL ORDER |
| MARVIN LARGO TAMONTE, | |
| Defendant.      / | |

THE UNDERSIGNED PARTIES HEREBY STIPULATE and agree that defendant Marvin Largo Tamonte may travel outside the Northern District of California, from April 20, 2007 through April 22, 2007, to Las Vegas, Nevada. Marvin Tamonte agrees that prior to travel he must provide Pretrial Services with his flight itinerary and hotel information prior to travel.

Pretrial Services Officer Paul Mamaril advised that Marvin Tamonte is in full compliance with his conditions of release and he has no objection to the requested travel plans, under the conditions proposed herein.

/S/JAMES BUSTAMANTE
JAMES BUSTAMANTE
Attorney for Defendant TAMONTE
Dated: April 17, 2007

/S/ALICIA FENRICK
ALICIA FENRICK
Assistant U.S. Attorney
Dated: April 17, 2007

**IT IS SO ORDERED.**

Dated: April 19, 2007

WAYNE D. BRAZIL
U.S. Magistrate Judge